Opinion issued February 5, 2009












 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00819-CR

____________


CRAIG ANDREW PELDO, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 184th District Court 

Harris County, Texas

Trial Court Cause No. 1131333






MEMORANDUM OPINION

 On January 6, 2009, appellant, Craig Andrew Peldo, filed a motion to dismiss
this appeal. The motion complies with the Texas Rules of Appellate Procedure. See
Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We dismiss any pending motions as moot.

 We direct the Clerk of this Court to issue the mandate within 10 days. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).